JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL F. BETTIS, et al., | CV 23-7947 PA (PVCx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| TREASURER OF THE UNITED STATES, et al., | |
| Defendants. | |

Pursuant to this Court's November 6, 2023 Minute Order dismissing plaintiffs Kirell F. Bettis, Kirell Francis Bettis Trust, and Kirell Taylor T35161 Trust's Complaint as frivolous and for failure to state a claim upon which relief may be granted, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: November 6, 2023

                                                                        Percy Anderson
                                                  UNITED STATES DISTRICT JUDGE